```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA
                     ROANOKE DIVISION
```

UNITED STATES OF AMERICA,        )
    Plaintiff,                   )
V.                               )  Cr. No. 7:07CR00048
                                 )
TED JAMES JOHNSON, JR.,          )
    Defendant.                   )

### RENEWAL OF MOTION FOR JUDGMENT OF ACQUITTAL

       The Defendant, by counsel, renews his Motion for Judgment of Acquittal as to Counts 22-34 and as to Counts 36-38 for the reasons stated on the record at the close of the Government's case and for the reasons set forth in the Memorandum In Support of Motion for Judgment of Acquittal.

                                  Respectfully submitted,

                                  TED JAMES JOHNSON, JR.

                              By: <u>s/Anthony F. Anderson</u>
                                      Counsel

Anthony F. Anderson, Esquire, VSB #21345
Anderson & Friedman
1102 Second Street, S. W.
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525
  Counsel for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that this 27th day of April, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennie Jennie L.M. Waering, Assistant United States Attorney, P.O. Box 1079, Roanoke, Virginia 24008-1709, and David A. Bybee, Esquire, United States Department of Justice.

      s/Anthony F. Anderson
Anderson & Friedman
1102 Second Street, S. W.
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525
(540) 982-1539 (Fax)
AFALAW@aol.com