IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Action No.: 7:07-CR-00048 |
| -vs- | Date: April 28, 2009 |
| | Judge: Samuel G. Wilson |
| TED JOHNSON JR and FRANK FARRIER JR | Court Reporter: Judy Webb |

## LIST OF WITNESSES

| Attorney | Attorney |
|---|---|
| Jennie L M Waering | Anthony Anderson & Melissa |
| David A Bybee | Friedman (TJ); Randy Cargill (FF) |

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. Phillip Barnett, SA, IRS | 1. Gerald Mann                (Johnson) |
| 2. VICTIM STATEMENT - E. Scott Geller | 2. Frank G. Farrier |
| 3. | 3. Rev. George Meredith Jr      (Farrier) |
| 4. | 4. Darryl Martin                (Farrier) |

**PROCEEDINGS:**

SENTENCING:

No objections to PSI by defendant Farrier.
Court makes findings.
Court heard arguments on defendant Johnson's renewed motions for acquittal. Court overruled/denied motion.
Objections (4) by defendant Johnson. Government response. Court overrules all objections and makes findings.
Government arguments re: [12] motion for preliminary order of Forfeiture. Government witness. Arguments.
Court takes forfeiture motion under advisement at this time.
Defendant Johnson calls character witness
Defendant Farrier testifies. Defense calls additional witnesses/exhibits.
Victim - E. Scott Geller sworn and makes statement
Government sentencing recommendations for Frank Farrier
Government sentencing recommendations for Ted Johnson
Recommendations by counsel for Ted Johnson
Court takes recess
Recommendations by counsel for Frank Farrier
Defendant Johnson allocution
Comments by Court

TED JAMES JOHNSON JR
CBOP:  200 months total term. 180 months as to counts 2 - 26 and 35 concurrent; 120 months as to counts 27 - 34 concurrent; and 20 months as to counts 36 - 38 consecutive to terms for counts 2 - 35.
SR:  3 years on counts 1 - 38 concurrent.  1) The defendant shall provide the probation officer with access to any requested financial information; 2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer; 3) The defendant shall reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons and 4) The defendant shall be prohibited from engaging in any occupation, business, or profession requiring the handling of monetary instruments or sensitive financial information.  Mandatory drug testing condition is suspended.
SA: $3,700 due immediately
REST: $2,910,660.79 jointly and severally with co-defendant Frank Graham Farrier, Jr. (See attachment A)
Order of Forfeiture entered
Appeal Rights stated
Court will recommend FCI Butner at defendant's request


FRANK GRAHAM FARRIER JR
Defendant Farrier allocution
CBOP:  87 months total term.  87 months as to counts 1, 19, 22 & 35 concurrent; and 60 months as to count 36 all to run concurrent.
SR:  3 years on counts 1, 19, 22, 35 and 36 concurrent.  Mandatory, Standard and Special Conditions: 1) The defendant shall provide the probation officer with access to any requested financial information;2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer; 3) The defendant shall reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons and 4) The defendant shall be prohibited from engaging in any occupation, business, or profession requiring the handling of monetary instruments or sensitive financial information.  Mandatory drug testing condition is suspended.
SA: $500 due immediately
REST: $2,910,660.79 jointly and severally with co-defendant Ted James Johnson, Jr. (See attachment A)
Order of Forfeiture entered
Counts 2-18, 20, 21, 23 - 34, 37-38 and 41 dismissed
Appeal Rights stated
Court will recommend FCI Beckley at defendant's request


Both defendants remanded to custody


USPO: Phillip Reese
DEPUTY CLERK:  Rebecca Collins
TIME IN COURT:  1:45 - 3:39 / 4:36 - 5:09 > 2.27


Initials of Deputy Clerk _____RC_____