```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF VIRGINIA
                        ROANOKE DIVISION


UNITED STATES OF AMERICA,      )
     Plaintiff,                )
V.                             )   Cr. No. 7:07CR00048
                               )
TED JAMES JOHNSON, JR.,        )
     Defendant.                )
```

**NOTICE OF APPEAL**

Notice is hereby given that Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on April 30, 3009.

                              Respectfully submitted,
                              TED JAMES JOHNSON, JR.

                              By: s/Anthony F. Anderson
                                          Counsel

Anthony F. Anderson, Esquire, VSB #21345
Anderson & Friedman
1102 Second Street, S. W.
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525
  Counsel for Defendant

1

CERTIFICATE OF SERVICE

        I hereby certify that this 5TH day of May, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennie L.M. Waering, Assistant United States Attorney, P.O. Box 1079, Roanoke, Virginia 24008-1709, and David A. Bybee, Esquire, United States Department of Justice.

        s/Anthony F. Anderson
Anderson & Friedman
1102 Second Street, S. W.
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525
(540) 982-1539 (Fax)
AFALAW@aol.com

2