FILED: July 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6233
(7:07-cr-00048-SGW-RSB-1)
(7:12-cv-80442-SGW-RSB)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TED JAMES JOHNSON, JR.

      Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc. The motion to file an addendum to the petition is granted.

Entered at the direction of the panel: Judge Wilkinson, Judge Gregory, and Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk