FILED: July 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6233
(7:07-cr-00048-SGW-RSB-1)
(7:12-cv-80442-SGW-RSB)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TED JAMES JOHNSON, JR.

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 4/23/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*